IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TRAVIANCE POLITE,

      Appellant,

v.

                                    Case No.  5D21-2898
                                    LT Case No. 2006-CF-003249-A

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 3, 2022

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Matthew J. Metz, Public Defender,
and Steven N. Gosney, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson
Hall, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

In this *Anders*[1] appeal, we affirm the judgment and sentence imposed on Traviance Polite following the revocation and termination of his probation. We remand, however, for the correction of a scrivener's error. The affidavit of violation alleged Polite violated condition 4 of his probation by possessing a firearm. Following a hearing, the trial court ruled Polite had possessed a firearm in violation of his probation but orally proclaimed that he violated condition 6. Polite's sentence reflects multiple violations of condition 5. On remand, the trial court should correct its order revoking and terminating probation to reflect Polite violated condition 4. *See Harrison v. State*, 313 So. 3d 926, 926–27 (Fla. 5th DCA 2021) (remanding to correct scrivener's error in revocation order to correctly reflect condition violated).

AFFIRMED and REMANDED.

LAMBERT, C.J., TRAVER and NARDELLA, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).